| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES BURNELL, JR., §
§
　　　　Plaintiff, §
§
versus §　CIVIL ACTION NO. 1:20-CV-103
§
RANDALL WALTER, *et al.*, §
§
　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff James Burnell, Jr., proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claims against Defendants Logan E. Picket and Ciara B. Tanner be dismissed.

　　The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

　　Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#17) is **ADOPTED**. The claims against Defendants Pickett and Tanner are **DISMISSED**.

　　SIGNED at Beaumont, Texas, this 7th day of June, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE