| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES BURNELL, JR., §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:20-CV-103
§
RANDALL WALTER, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    James Burnell, Jr., proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#29) is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered.

    SIGNED at Beaumont, Texas, this 21st day of September, 2022.

                                                          */s/ Marcia A. Crone*
                                                        MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE